*1050 ante, p. 62;
ante, p. 62;
ante, p. 1010;
ante, p. 1031;
ante, p. 639;
ante, p. 1033;
ante, p. 764;
ante, p. 547;
ante, p. 1004;
ante, p. 1004;
ante, p. 1026;
ante, p. 1031;
ante, p. 1031;
ante, p. 1031;
ante, p. 1031;
ante, p. 1031;
ante, p. 1011;
ante, p. 1031;
ante, p. 1031;
ante, p. 1031;
ante, p. 1031;
*1051 No. 89-5809.
No. 89-5934.
No. 89-6317.
No. 89-6459.
No. 89-6626.
No. 89-6870.
No. 89-6953.
No. 89-7110.
No. 89-7213.
No. 89-7353.
No. 89-7375.
No. 89-7380.
No. 89-7416.
No. 89-7418.
No. 89-7512.
No. 89-7579.
ante, p. 227;
ante, p. 1015;
ante, p. 1032;
ante, p. 1032;
ante, p. 1032;
ante, p. 1032;
ante, p. 1032;
496 U. S. 939;
496 U. S. 910;
ante, p. 1007;
ante, p. 1007;
ante, p. 1011;
ante, p. 1027;
ante, p. 1027;
ante, p. 1032; and
ante, p. 1010. Petitions for rehearing denied.